UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00207

**Chansler Depaul Mallard,**
*Plaintiff,*

v.

**Warden Brown,**
*Defendant.*

### ORDER

Plaintiff Chansler Depaul Mallard, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was transferred to this court for proper venue and referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Docs. 5, 7.

On August 2, 2021, the magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice due to the plaintiff's failure to comply with the court's orders and prosecute his case. Doc. 13. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on October 25, 2021.*

J. CAMPBELL BARKER
United States District Judge